## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

CHARLES TALIAFERRO,           :

    Plaintiff,                :
vs.                                                    CA 04-00511-CG-C
                                      :
CONECUH COUNTY,
ALABAMA,                      :

    Defendant.

### PROTECTIVE ORDER

The defendant's unopposed motion for protective order (Doc. 26) is **GRANTED** to the extent that the personnel files of current and former employees of Conecuh County, Alabama and any other files produced by the defendant, or any other party, shall be maintained confidential and not disclosed or used for any purpose other than for preparation for and in litigation of this action. The files shall be disclosed to the plaintiff, plaintiff's counsel, personnel who are directly employed by plaintiff's counsel and are assisting in the preparation of this action, and fact witnesses who will be testifying by deposition or at the trial of this action. Personnel files and contents of the files may be disclosed to experts or consultants retained in connection with this action, to the Court and court personnel, and to other such persons the parties

shall agree to in writing or as determined by the Court.

Said files shall be produced for inspection and copying at a mutually convenient location. All copies of the contents of personnel files shall be returned to defendant or destroyed within forty-five (45) days after the termination or completion of this action. By accepting disclosure of any personnel files, any person looking in the personnel files shall submit himself or herself to the jurisdiction of the Court for purposes of enforcement of this Protective Order. In the event the parties file any of the contents of the personnel files with this Court, the parties are ORDERED to redact each employee's social security number, drivers' license number, home address, and telephone number.

**DONE** and **ORDERED** this the 5th day of May, 2005.

　S/WILLIAM E. CASSADY  
**UNITED STATES MAGISTRATE JUDGE**